UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PRANEETH SAMALLA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:24-CV-989-FL |
| KIKA SCOTT, Acting Director, U.S. ) | |
| Citizenship and Immigration Services, ) | |
| KRISTI NOEM, Secretary, Department of ) | |
| Homeland Security, and PAM BONDI, ) | |
| Attorney General of the United States ) | |
|     Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 30, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on May 30, 2025, and Copies To:**
Praneeth Samalla  (via CM/ECF Notice of Electronic Notification)
Sharon Wilson (via CM/ECF Notice of Electronic Notification)


May 30, 2025                                PETER A. MOORE, JR., CLERK

                                                                /s/ Sandra K.Collins
                                                              (By) Sandra K. Collins, Deputy Clerk